UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONVERSE INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) 1:14-cv-05980-SLT-JMA |
| RALPH LAUREN CORPORATION, | ) |
| Defendant. | ) Jury Trial Demanded |

### PLAINTIFF'S NOTICE OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Converse Inc., hereby provides notice that it is voluntarily dismissing this action against Defendant, Ralph Lauren Corporation, in its entirety. Plaintiff's dismissal is with prejudice as to past claims of infringement arising on or before January 6, 2015, and without prejudice as to any future claims of infringement arising after January 6, 2015. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), this Notice is provided before Defendant has served an answer or a motion for summary judgment.

Respectfully submitted,

Dated: February 11, 2015

   s/ Stephen M. Ankrom
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Stephen M. Ankrom (SA5375)
POWLEY & GIBSON, P.C.
304 Hudson Street – Suite 202
New York, NY 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085
   rlpowley@powleygibson.com

jmgibson@powleygibson.com
smankrom@powleygibson.com

Christopher J. Renk
Erik S. Maurer
Michael J. Harris
Katherine Laatsch Fink
Audra C. Eidem Heinze
Aaron P. Bowling
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001
crenk@bannerwitcoff.com
emaurer@bannerwitcoff.com
mharris@bannerwitcoff.com
kfink@bannerwitcoff.com
aheinze@bannerwitcoff.com
abowling@bannerwitcoff.com

***Attorneys for Plaintiff, Converse Inc***.

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) was filed by ECF and served by first class mail and email on:

Anna Dalla Val
Vice President, IP Counsel
Ralph Lauren Corporation
625 Madison Avenue
New York, NY 10022
(212) 205-5205
anna.dallaval@ralphlauren.com

                                                                    s/ Stephen M. Ankrom